Helen F. Dalton & Associates, P.C.
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JOSE HERNANDEZ REYES and                           Index No. 08-cv-3463 (ADS)(ARL)
JOSE ARDUVIDE, on his own behalf and
others similarly situated,

        Plaintiff,                              STIPULATION AND ORDER OF
                                                DISMISSAL

        -against-

SINGH HOSPITALITY GROUP INC,
S.R.B. CONVENTION & CATERING CORPORATION,
THE WOODLANDS AT THE GREEN and
HARENDRA SINGH, an individual,

        Defendants.
---------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

_____                              Dated: 4/23/2010
Roman Avshalumov (RA 5508)
Helen F. Dalton & Assoc., P.C.
69-12 Austin Street
Forest Hills, NY 11375
Tel.: (718) 263-9591
Fax: (718) 263-9598
Attorneys for Plaintiff

_[signature]_
Joseph R. Conway
LaRusso & Conway
300 Old Country Road, Ste. 341
Mineola, NY 11501
Tel.: (516) 248-3520
Fax: (516) 248-3522

Dated: 4/23/10 , 2010

**SO ORDERED.**

Dated: _____, 2010

_____
United States District Judge